**Fred T. CALDWELL, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 166, 2016**

Supreme Court of Delaware.

Submitted: April 12, 2016

Decided: April 20, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0207018104B

DISMISSED.

**Aaron O. LOWMAN, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 169, 2016**

Supreme Court of Delaware.

Submitted: April 12, 2016

Decided: April 20, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 0907016090

DISMISSED.

**Shirley SHAWE, Proposed Intervenor Below–Appellant,**

v.

**Elizabeth ELTING, Defendant Below–Appellee.**

**No. 536, 2015**

Supreme Court of Delaware.

Submitted: April 20, 2016

Decided: April 20, 2016

Court Below: Court of Chancery of the State of Delaware, C.A. No. 9686–CB

AFFIRMED.